UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Codec Technologies, LLC

v.  Civil No. 2:16-cv-882-JRG-RSP

Chenzhi Corporation d/b/a iview

CLERK'S ENTRY OF DEFAULT

On this 11 day of October, 20 16, it appearing from the affidavit(s) in support of default of SkyTex Technology, Inc., attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:
SkyTex Technology, Inc. (member case 2:16-cv-880-JRG-RSP)

DAVID A. O'Toole, CLERK

By: Nakisha Love
Deputy Clerk

p:\DFLT.ord